UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GREGORY JOSEPH SALDIVAR, | ) | NO. CV 11-2732-PSG (MAN) |
|     Petitioner, | ) | |
| v. | ) | JUDGMENT |
| DOMINGO URIBE, WARDEN, | ) | |
|     Respondent. | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: July 31, 2013

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE